1402

# CASE ANNOUNCEMENTS

*September 28, 2009*

[Cite as *09/28/2009 Case Announcements*, 2009-Ohio-5033.]

## DISCIPLINARY CASES

**2008–2154.   In re Ritson.**
This matter came on for further consideration upon the filing on September 9, 2009, by respondent, Douglas John Ritson, of a motion to purge contempt. Upon consideration thereof,

It is ordered by this court that the motion is granted and that respondent is purged of contempt in this matter.

# CASE ANNOUNCEMENTS

*September 28, 2009*

[Cite as *09/28/2009 Case Announcements #2*, 2009-Ohio-5084.]

## MOTION AND PROCEDURAL RULINGS

**1996–1956.   State v. Reynolds.**
Summit App. No. 16845. This cause came on for further consideration upon the motion for stay of execution scheduled for October 8, 2009. Upon consideration thereof,

It is ordered by the court, sua sponte, that the state of Ohio shall file a response to the motion for stay no later than Thursday, October 1, 2009.

# CASE ANNOUNCEMENTS

*September 28, 2009*

[Cite as *09/28/2009 Case Announcements #3*, 2009-Ohio-5085.]

## MOTION AND PROCEDURAL RULINGS